UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM BRAINARD, *et al*, § § § Plaintiffs, § VS. § CIVIL-H-10-255 § ALLIS-CHALMERS CORPORATION § PRODUCT LIABILITY TRUST, *et al*, § § Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Voluntary Notice of Dismissal filed on September 18, 2010 (docket entry no. 3), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this 20 day of Sepember, 2010, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE